| AO-10 (WP) Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) Coffey, John L. | 2. Court or Organization 7th Circuit Court of Appeals | 3. Date of Report 5/5/06 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior Status | 5a. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial  X  Annual  ___ Final | 6. Reporting Period 1-1-2005 to 12-31-2005 |
|---|---|---|
| | 5b. ___ Amended Report | |

| 7. Chambers or Office Address Federal Building - Courthouse Room 619 Milwaukee, WI 53202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ |
|---|---|

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| X  NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| NONE (No reportable agreements.) | |
| 1 | Milwaukee County Pension Plan, City of Milwaukee Pension Plan, |
| 2 | State of Wisconsin Employee Pension Plan |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

### A. Filer's Non-Investment Income

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| NONE (No reportable non-investment income.) | | |
| 1  2005 | Milwaukee County, City of Milwaukee, State of Wisconsin | $ 76,561 |
| 2 | Pensions | $ |
| 3 | | $ |

### B. Spouse's Non-Investment Income – If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| NONE (No reportable non-investment income.) | | |
| 1  2005 | Self-employed artist-painter | |
| 2 | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1 | [X] **NONE** (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | [X] **NONE** (No such reportable gifts.) | | |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |
| | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| 1 | [X] **NONE** (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=$25,000,001-50,000,000    P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Coffey, John L. | 5/5/2006 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | B. (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) TRUST | | | | | | | | | |
| 1 FEDERATED TAX-FREE OBL FD. | C | INT. | M | T | SLD BOT | VAR VAR | L L | A A | |
| 2 FLEXTRONICS INTL. LTD. | A | DIV | J | T | | | | | |
| 3 ABBOTT LAB | A | DIV | K | T | | | | | |
| 4 ALTRIA GROUP | C | DIV | L | T | | | | | |
| 5 B.P. PLC SPON ADR | B | DIV | K | T | | | | | |
| 6 BANK OF AMERICA | B | DIV | K | T | | | | | |
| 7 BERKSHIRE HATHAWAY CL. B | A | DIV | L | T | | | | | |
| 8 BIOMET | A | DIV | J | T | | | | | |
| 9 BOSTON SCIENTIFIC | A | DIV | K | T | | | | | |
| 10 COCA COLA CO. | A | DIV | K | T | | | | | |
| 11 ELECTRONIC ARTS, INC. | A | DIV | J | T | BOT | 7/22 | J | | |
| 12 ERICSSON L.H. TEL. ADR CL. B | A | DIV | J | T | | | | | |
| 13 EXXON MOBIL | B | DIV | L | T | Partial SLD | 7/22 | K | E | |
| 14 FEDERAL HOME LN. MTG. CORP. | B | DIV | L | T | Partial SLD | 7/22 | J | D | |
| 15 GENERAL ELECTRIC | C | DIV | M | T | Partial SLD | 7/22 | J | C | |
| 16 GOLDMAN SACHS GROUP | A | DIV | K | T | | | | | |
| 17 GUIDANT CORP. | A | DIV | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Coffey, John L. | 5/5/2006 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18  INTEL CORP | A | DIV | J | T | | | | | |
| 19  INVITROGEN CORP | A | DIV | J | T | BOT | 7/22 | J | | |
| 20  JOHNSON & JOHNSON | B | DIV | L | T | | | | | |
| 21  KOHL'S CORP | A | DIV | K | T | | | | | |
| 22  LEXMARK INT'L CL. A | A | DIV | K | T | | | | | |
| 23  MEDIMMUNE INC. | A | DIV | K | T | | | | | |
| 24  MICROSOFT | A | DIV | K | T | | | | | |
| 25  NAT. SEMICONDUCTOR CORP. | A | DIV | K | T | | | | | |
| 26  NORTHRUP, GRUMMAN | A | DIV | K | T | | | | | |
| 27  PFIZER | B | DIV | K | T | | | | | |
| 28  ROYAL DUTCH PETE CO. | A | DIV | K | T | | | | | |
| 29  AT&T (NAME CHANGE) FORMERLY SBC COMMUNICATION | B | DIV | K | T | | | | | |
| 30  3 M CO | B | DIV | L | T | | | | | |
| 31  TIME-WARNER INC. | A | DIV | K | T | | | | | |
| 32  VALERO ENERGY CORP | A | DIV | J | T | BOT | 7/25 | J | | |
| 33  WAL-MART | A | DIV | L | T | | | | | |
| 34  CAMPBELLSPORT WI. SCH. DIST. | B | INT | K | T | | | | | |

1  Income/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(See Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000

2  Value Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
(See Col. C1, D3)    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000    P4=More than $50,000,000

3  Value Method Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(See Col. C2)    U=Book value    V=Other    W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Coffey, John L. | 5/5/2006 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 CARROLLTON MICH. PUB. SCH. DIST. | B | INT | K | T | | | | | |
| 36 LANE CNTY ORE SCH. DIST. NO. 4 | A | INT | K | T | Matured | 1/3 | K | A | |
| 37 MCKINNEY TEX INDPT. SCH. DIST. | B | INT | K | T | BOT | 8/30 | K | | |
| 38 NORTHVILLE MICH. PUB. SCHS. | B | INT | K | T | | | | | |
| 39 WAUWATOSA WI. PROM NTS. GO | B | INT | L | T | Matured | 12/1 | L | A | |
| 40 OHIO ST. GEN RECEIPTS SERIES A | B | INT | L | T | BOT | 8/10 | L | | |
| 41 Reporter ▮▮▮▮▮▮▮ | | | | | | | | | |
| 42 US BANK | C | DIV | L | T | BOT | 12/30 | J | A | |
| 43 MICROSOFT | B | DIV | J | T | | | | | |
| 44 NAM TAI ELECTRONICS | A | DIV | J | T | | | | | |
| 45 ST. JUDE MEDICAL | A | DIV | J | T | | | | | |
| 46 WELLS FARGO & CO. | A | DIV | J | T | | | | | |
| 47 CISCO | A | DIV | J | T | | | | | |
| 48 GENERAL ELECTRIC | A | DIV | J | T | | | | | |
| 49 JOHNSON & JOHNSON | A | DIV | J | T | | | | | |
| 50 JOHNSON CONTROLS | A | DIV | J | T | | | | | |
| 51 PARK BANK | B | INT | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52 MITCHELL BANK HOLDING | A | DIV | J | T | | | | | |
| 53 SCUDDER MM | A | INT | K | T | SLD | 6/30 | K | A | |
| 54 NORTHWESTERN MUTUAL LIFE | B | INT | L | T | | | | | |
| 55 MASS MUTUAL | B | INT | L | T | | | | | |
| 56 INTEL CORP. | A | DIV | J | T | | | | | |
| 57 EON LABS, INC. | A | DIV | J | T | SLD | 7/25 | K | D | |
| 58 M&I BANK | B | DIV | K | T | | | | | |
| 59 QUAL COMM | A | DIV | K | T | | | | | |
| 60 LEXMARK INT'L | A | DIV | K | T | | | | | |
| 61 PRIVATE BANK | A | DIV | K | T | | | | | |
| 62 SCAN SOURCE | A | DIV | J | T | SLD | 7/1 | J | A | |
| 63 MEDTRONIC | A | DIV | J | T | | | | | |
| 64 FISERV | A | DIV | K | T | BOT | 7/1 | K | | |
| 65 LEGG MASON | A | DIV | J | T | BOT | 7/1 | J | | |
| 66 BIOMET | A | DIV | J | T | | | | | |
| 67 COSTCO WHOLESALE | A | DIV | J | T | | | | | |
| 68 MERCK | A | DIV | J | T | | | | | |

| | | |
|---|---|---|
| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000 F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000 | |
| 2 Value Codes: (See Col C1, D3) | J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000 N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=More than $50,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market U=Book value V=Other W=Estimated | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signatu̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶                                              Date   May 5, 2006

N̶̶̶̶ NGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE
̶̶̶̶̶NCTIONS (5 U.S.C. app. § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544